# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-mj-70769-MAG |
| James Walker, III | ) | |
| | ) | Charging District: Northern District of Georgia |
| Defendant | ) | Charging District's Case No. 18mj526 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Northern District of Georgia 75 Ted Turner Drive SW Atlanta, GA 30303 | Courtroom No.: Magistrate Judge Linda Walker |
|---|---|
| | Date and Time: 6/21/2018 10:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: June 5, 2018

_____
*Judge's signature*

Susan van Keulen, U.S. Magistrate Judge
*Printed name and title*

FILED

JUN 05 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE